**Order entered September 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00755-CV

### ROBERT FOUSE, Appellant

### V.

### REGIONAL ADJUSTMENT BUREAU, INC. N/K/A RAB, INC., Appellee

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04013-2021**

## ORDER

Before the Court is Collin County District Clerk Lynne Finley's September 10, 2021 request for an extension of time to file the clerk's record. As the clerk's record has been filed, we **DENY** the request as moot.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE